Irwin A. Schiff, 08537-014
Federal Correctional Complex
P.O Box 33
Terre Haute, IN  47808

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | CR-S-04-119-KLD-LRL |
| v. ) | Motion and Affidavit |
| IRWIN A. SCHIFF ) | to proceed |
| Defendant. ) | In Forma Pauperis |

Since defendant is without assets, he moves that this Court allow him to proceed in forma pauperis.

In support of this motion, and in the interest of expediency I am submitting in support of my Motion the affidavit I submitted to the Supreme Court which accepted my affidavit and permitted me to proceed in forma pauperis., but denied certiorari. Since I have only been in Terre Haute approximately 7 weeks, this institution will only have approximately 7 weeks of commissary activity, while the commisary documents that supported my Supreme Court affidavit showed 5 months of commissary activity. If this affidavit is not acceptable, I will write to Otisville for a 6 month statement, plus I will get a curent statement from Terre Haute.

I swear under penalty of perjury under the laws of the United States that my finaces have not changed since I completed the attached affidavit for the Suprme Court on August 1, 2007, Docket No. 07-5812. My commissary activity was largely the same and my current commisary balance is 56.80, which will be further reduced by today's purchases.

I further swear under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal, or post a bond for them. I believe I am entitled to redress.

Dated:  June 3, 2008

Irwin A. Schiff, pro se

# Supreme Court of the United States

Irwin A. Schiff
    (Petitioner)

        v.                     No. 07-5812

United States
    (Respondent)

To _____ Counsel for Respondent:

    **NOTICE IS HEREBY GIVEN** pursuant to Rule 12.3 that a petition for a writ of certiorari in the above-entitled case was filed in the Supreme Court of the United States on June 21, 2007, and placed on the docket August 10, 2007. Pursuant to Rule 15.3, the due date for a brief in opposition is Monday, September 10, 2007. If the due date is a Saturday, Sunday, or federal legal holiday, the brief is due on the next day that is not a Saturday, Sunday or federal legal holiday.

    Unless the Solicitor General of the United States represents the respondent, a waiver form is enclosed and should be sent to the Clerk only in the event you do not intend to file a response to the petition.

    Only counsel of record will receive notification of the Court's action in this case. Counsel of record must be a member of the Bar of this Court.

                                    Mr. Irwin A. Schiff
                                    FCI Fort Dix
                                    PO Box 2000, Unit 5752
                                    Fort Dix, NJ  08640

NOTE: This notice is for notification purposes only, and neither the original nor a copy should be filed in the Supreme Court.

Min

2 58

No. _____

7006 0810 0005 3625 5815

IN THE

SUPREME COURT OF THE UNITED STATES

_Irwin A. Schiff_ — PETITIONER
(Your Name)

VS.

_United States of America_ — RESPONDENT(S)

MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

The petitioner asks leave to file the attached petition for a writ of certiorari without prepayment of costs and to proceed *in forma pauperis*.

[ ] Petitioner has previously been granted leave to proceed *in forma pauperis* in the following court(s):

_____

_____

[✓] Petitioner has **not** previously been granted leave to proceed *in forma pauperis* in any other court.

Petitioner's affidavit or declaration in support of this motion is attached hereto.

_Irwin A Schiff_
(Signature)

/

# AFFIDAVIT OR DECLARATION
## IN SUPPORT OF MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

I, __Irwin A. Schiff__, am the petitioner in the above-entitled case. In support of my motion to proceed *in forma pauperis*, I state that because of my poverty I am unable to pay the costs of this case or to give security therefor; and I believe I am entitled to redress.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $9.60 | $N/A | $9.60 | $N/A |
| Self-employment | $-0- | $ | $-0- | $ |
| Income from real property (such as rental income) | $-0- | $ | $-0- | $ |
| Interest and dividends | $-0- | $ | $-0- | $ |
| Gifts | $266 | $ | $250 | $ |
| Alimony | $-0- | $ | $-0- | $ |
| Child Support | $-0- | $ | $-0- | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $-0- | $ | $-0- | $ |
| Disability (such as social security, insurance payments) | $-0- | $ | $-0- | $ |
| Unemployment payments | $-0- | $ | $-0- | $ |
| Public-assistance (such as welfare) | $-0- | $ | $-0- | $ |
| Other (specify): _____ | $ | $ | $ | $ |
| Total monthly income: | $275.60 | $-0- | $259.60 | $-0- |

2

2. List your employment history for the past two years, most recent first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment ① | Gross monthly pay |
|---|---|---|---|
| Self | 444 East Sahara Ave Las Vegas, NV. 89104 | August 1 – Oct. 20. 2005 | Unknown |
| Federal Prisoner | various institutions | October 20, 05 to present | $ |
| | | | $ |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | $ |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $ 36.12 in my Commissary Account. Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| None | | $ -0- | $ |
| | | $ | $ |
| | | $ | $ |

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

☑ Home - Condominium ②
Value As I recall, I paid
$57,000 for the condo in 1980

☐ Other real estate
Value _____

☑ Motor Vehicle #1
Year, make & model  None
Value _____

☐ Motor Vehicle #2
Year, make & model _____
Value _____

☑ Other assets
Description  None
Value _____

[1] My criminal trial began Sept. 12, 2005 and I devoted August, September, and October of 2005 preparing for and conducting my trial, in which I defended myself pro se. I was immediately incarcerated upon being found guilty on 10/20/2005. The revenue that came in during this time (largely from donations) was used to keep my office open. I have no record or recollection of any excess funds available to me.

[2] The liens on my condominium exceed my equity. In addition, I owe no less than $5,145 in unpaid condominium association assessments. My present tennent pays all the costs of maintaining the condo, such: mortgage payments, ground lease, monthly condo fees, taxes, insurance, and the maintenance of appliance. They pay these amounts in lieu of paying rent to me.

3

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| U.S. Government | $ 76,215.00 (1) | $ |
| | $ | $ |
| | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| none | | |
| | | |
| | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ — | $ N/A |
| Are real estate taxes included?  ☐ Yes  ☐ No | | |
| Is property insurance included?  ☐ Yes  ☐ No | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) Telephone | $ 69.00 | $ |
| ~~Home maintenance (repairs and upkeep)~~ postage | $ 60.00 | $ |
| ~~Food~~  Photo-copying @ .15 a copy | $ 20.00 | $ |
| Clothing  Misc. commissary items, such as: Toletries, vitamins, juice and snack items | $ 100.00 | $ |
| Laundry and dry-cleaning | $ — | $ |
| Medical and dental expenses | $ — | $ |

(1) The Social Security Administration fraudulently and illegally turned over 100% of my monthly Social Security benefit, in response to an IRS notice of levy, starting in 1995 and running through September of 2005. On April 20, 2007 I filed an administrative claim for refund for this amount plus interest, in which I alleged fraud along with violations of law.

4.

|  | You | Your spouse |
|---|---|---|
| Transportation (not including motor vehicle payments) | $ N/A | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ N/A | $ |

Insurance (not deducted from wages or included in mortgage payments)

|  | | |
|---|---|---|
| Homeowner's or renter's | $ — | $ |
| Life | $ — | $ |
| Health | $ — | $ |
| Motor Vehicle | $ — | $ |
| Other: _____ | $ — | $ |

Taxes (not deducted from wages or included in mortgage payments)

|  | | |
|---|---|---|
| (specify): _____ | $ — | $ |

Installment payments

|  | | |
|---|---|---|
| Motor Vehicle | $ — | $ |
| Credit card(s) | $ — | $ |
| Department store(s) | $ — | $ |
| Other: _____ | $ — | $ |

| Alimony, maintenance, and support paid to others | $ — | $ |
|---|---|---|
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ — | $ |
| Other (specify): _____ | $ — | $ |
| **Total monthly expenses:** | $ 249 | $ |

5

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

    ☐ Yes   ☒ No   If yes, describe on an attached sheet.

10. Have you paid – or will you be paying – an attorney any money for services in connection with this case, including the completion of this form?   ☐ Yes   ☒ No

    If yes, how much? _____

    If yes, state the attorney's name, address, and telephone number:

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

    ☐ Yes   ☒ No

    If yes, how much? _____

    If yes, state the person's name, address, and telephone number:

12. Provide any other information that will help explain why you cannot pay the costs of this case.

    I have no funds of my own. The cost of my criminal appeal (now pending) exhausted whatever funds I had managed to save. The only way I could pay the cost of this case is to prevail upon a private party or an organization to pay the costs for me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _____August 1,_____, 20_07_

_Irwin Schiff_
(Signature)

My copy signed 6/3/08

6

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☐ Yes   ☒ No   If yes, describe on an attached sheet.

10. Have you paid – or will you be paying – an attorney any money for services in connection with this case, including the completion of this form?   ☐ Yes   ☒ No

    If yes, how much? _____

    If yes, state the attorney's name, address, and telephone number:

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

    ☐ Yes   ☒ No

    If yes, how much? _____

    If yes, state the person's name, address, and telephone number:

12. Provide any other information that will help explain why you cannot pay the costs of this case.

    I have no funds of my own. The cost of my criminal appeal (now pending) exhausted whatever funds I had managed to save. The only way I could pay the cost of this case is to prevail upon a private party or an organization to pay the costs for me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: ___August 1,_____, 20_07_

_Irwin A Schiff_
(Signature)

My copy signed 6/3/08

6

# Inmate Statement



| | | |
|---|---|---|
| Inmate Reg #: | 08537014 | Current Institution: Fort Dix FCI |
| Inmate Name: | SCHIFF, IRWIN | Housing Unit: FTD-F-A |
| Report Date: | 07/12/2007 | Living Quarters: F01-093L |
| Report Time: | 4:27:06 PM | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| FTD | 7/10/2007 3:38:12 PM | GIPP0607 | | | Payroll - IPP | $9.60 | | $156.97 |
| FTD | 7/9/2007 5:47:16 PM | 57 | | | Sales | ($7.80) | | $147.37 |
| FTD | 7/9/2007 5:43:05 PM | 30 | | | Sales | ($44.50) | | $155.17 |
| FTD | 7/9/2007 3:56:08 PM | TFN0709 | | | Phone Withdrawal | ($60.00) | | $199.67 |
| FTD | 7/8/2007 5:16:18 AM | 70186702 | | | Lockbox - CD | $200.00 | | $259.67 |
| FTD | 7/3/2007 4:41:13 PM | TFN0703 | | | Phone Withdrawal | ($50.00) | | $59.67 |
| FTD | 6/28/2007 12:14:09 PM | 37 | | | Sales | ($112.65) | | $109.67 |
| FTD | 6/21/2007 11:51:34 AM | 19 | | | Sales | ($42.40) | | $222.32 |
| FTD | 6/14/2007 5:41:48 PM | 50 | | | Sales | ($68.55) | | $264.72 |
| FTD | 6/13/2007 8:35:29 PM | 33318307 | | | Western Union | $200.00 | | $333.27 |
| FTD | 6/13/2007 5:16:36 AM | 70185001 | | | Lockbox - CD | $50.00 | | $133.27 |
| FTD | 6/8/2007 10:05:09 AM | 002169 | | | FRP Quarterly Pymt | ($25.00) | | $83.27 |
| FTD | 6/8/2007 10:02:42 AM | GIPP0507 | | | Payroll - IPP | $9.60 | | $108.27 |
| FTD | 6/7/2007 1:55:08 PM | TFN0607 | | | Phone Withdrawal | ($60.00) | | $98.67 |
| FTD | 6/7/2007 12:47:03 PM | 10 | | | Sales | ($112.55) | | $158.67 |
| FTD | 6/4/2007 12:13:59 PM | 33317607 | | | Western Union | $200.00 | | $271.22 |
| FTD | 5/29/2007 12:26:16 PM | 27 | | | Sales | ($40.55) | | $71.22 |
| FTD | 5/29/2007 12:25:59 PM | 25 | | | Sales | $0.00 | | $111.77 |
| FTD | 5/24/2007 12:34:35 PM | 8 | | | Sales | ($50.95) | | $111.77 |
| FTD | 5/17/2007 11:58:32 AM | 35 | | | Sales | ($44.45) | | $162.72 |
| FTD | 5/17/2007 11:57:58 AM | 33 | | | Sales | $0.00 | | $207.17 |
| FTD | 5/10/2007 12:41:57 PM | 9 | | | Sales | ($51.05) | | $207.17 |
| FTD | 5/10/2007 11:13:09 AM | GIPP0407 | | | Payroll - IPP | $9.60 3 | | $258.22 |
| FTD | 5/9/2007 9:15:04 PM | 33315807 | | | Western Union | $200.00 | | $248.62 |
| FTD | 5/3/2007 12:21:37 PM | 1 | | | Sales | ($112.75) | | $48.62 |
| FTD | 5/2/2007 11:17:55 PM | TFN0502 | | | Phone Withdrawal | ($50.00) | | $161.37 |
| FTD | 5/1/2007 5:34:14 AM | 70182001 | | | Lockbox - CD | $200.00 | | $211.37 |
| FTD | 4/26/2007 5:41:36 PM | TFN0426 | | | Phone Withdrawal | ($30.00) | | $11.37 |
| FTD | 4/24/2007 3:00:19 PM | ITS2CONV | | | Phone Rev With Rel | $17.15 | | $41.37 |
| FTD | 4/21/2007 5:20:56 PM | ITS0421 | | | Phone Withdrawal | ($20.00) | | $24.22 |
| FTD | 4/19/2007 12:05:01 PM | 16 | | | Sales | ($64.20) | | $44.22 |
| FTD | 4/12/2007 1:15:19 PM | GICP0407 | | | Inmate Co-pay | ($2.00) | | $108.42 |

| | | | | | | |
|---|---|---|---|---|---|---|
| FTD | 4/10/2007 2:00:50 PM | GIPP0307 | | Payroll - IPP | $9.60 | $110.42 |
| FTD | 4/5/2007 1:13:03 PM | 17 | | Sales | ($104.25) | $100.82 |
| FTD | 3/23/2007 12:07:44 PM | 1 | | Sales | ($79.50) | $205.07 |
| FTD | 3/23/2007 10:00:27 AM | DRR0323 | | Sales | $15.55 | $284.57 |
| FTD | 3/21/2007 12:17:52 PM | 20 | | Sales | ($81.05) | $269.02 |
| FTD | 3/20/2007 4:10:38 PM | 33312207 | | Western Union | $200.00 | $350.07 |
| FTD | 3/20/2007 10:50:22 AM | ITS0320 | | Phone Withdrawal | ($50.00) | $150.07 |
| FTD | 3/19/2007 10:13:35 PM | 33312107 | | Western Union | $200.00 | $200.07 |
| FTD | 3/14/2007 7:06:34 PM | ITS0314 | | Phone Withdrawal | ($13.00) | $0.07 |
| FTD | 3/10/2007 6:33:11 PM | ITS0310 | | Phone Withdrawal | ($15.00) | $13.07 |
| FTD | 3/8/2007 3:01:55 PM | 002100 | | FRP Quarterly Pymt | ($25.00) | $28.07 |
| FTD | 3/8/2007 2:53:10 PM | GIPP0207 | | Payroll - IPP | $9.60 | $53.07 |
| FTD | 3/7/2007 5:52:06 PM | 64 | | Sales | ($79.90) | $43.47 |
| FTD | 2/28/2007 5:38:52 PM | 20 | | Sales | ($57.10) | $123.37 |
| FTD | 2/27/2007 5:48:12 AM | 70177501 | | Lockbox - CD | $100.00 | $180.47 |
| FTD | 2/25/2007 5:29:06 AM | 70177402 | | Lockbox - CD | $25.00 | $80.47 |
| FTD | 2/22/2007 5:57:22 PM | 76 | | Sales | ($109.00) | $55.47 |
| FTD | 2/20/2007 5:37:48 AM | 70177004 | | Lockbox - CD | $20.00 | $164.47 |

1 2 3

Total Transactions: 102

Totals:   ($91.24)   $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| FTD | $156.97 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $156.97 |
| Totals: | $156.97 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $156.97 |