# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | 2:04-CR-00119-1-KJD |
| IRWIN SCHIFF, | **O R D E R** |
| Defendant-Movant. | |

On May 22, 2012, the defendant filed an unopposed motion for an extension of time to and including Friday, June 8, 2012, to reply to the government's response in opposition to his Amended Motion to Vacate, Set Aside or Correct a Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255.  This Court having considered the motion, and good cause appearing,

**IT IS ORDERED** that the motion is **GRANTED.**  The defendant's reply to the government's response in opposition to his amended motion is due on or before Friday, June 8, 2012.

DATED this 23 day of May, 2012.

_____
Kent J. Dawson
United States District Judge