# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | **Civil Case No. 09-CV-01274** |
| : | **Crim. Case 2:04-CR-00119-1- KJD** |
| IRWIN SCHIFF, : | |
| Defendant-Movant. | |

## SEALING ORDER

AND NOW, this  12th  day of  April , 2013,

IT IS ORDERED that the defendant-movant's Motion to Expedite the Court's Consideration of Defendant's Motion to Vacate Sentence is to be filed UNDER SEAL *nunc pro tunc* as of the date it was received by the Clerk.

BY THE COURT:

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE